**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                       Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC (POST-EFFECTIVE DATE DEBTORS),<br><br>                       Plaintiffs,<br><br>    against<br><br>TETHER LIMITED;<br>TETHER HOLDINGS LIMITED;<br>TETHER INTERNATIONAL LIMITED; and<br>TETHER OPERATIONS LIMITED,<br><br>                       Defendants. | Adv. Proc. No. 24-04018 (MG) |

**JOINT STIPULATION AND AGREED ORDER BETWEEN POST-EFFECTIVE DATE DEBTORS AND DEFENDANTS TETHER LIMITED, TETHER HOLDINGS LIMITED, TETHER INTERNATIONAL LIMITED, AND TETHER OPERATIONS LIMITED ESTABLISHING BRIEFING SCHEDULE AND PAGE LIMITATIONS**

This stipulation and agreed order (the "Stipulation and Agreed Order") is entered into by and among Celsius Network Limited and Celsius Network LLC (the Post-Effective Date Debtors) and Tether Limited, Tether Holdings Limited, Tether International Limited, and Tether Operations Limited, each of which agrees and stipulates to the following:

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

## RECITALS

**WHEREAS**, on August 9, 2024, Plaintiffs Celsius Network Limited and Celsius Network LLC ("**Plaintiffs**") filed the Complaint (Dkt. No. 1) in the above-captioned adversary proceeding (the "**Adversary Proceeding**") bringing claims against Defendants Tether Limited, Tether Holdings Limited, Tether International Limited, and Tether Operations Limited ("**Defendants**" and together with Plaintiffs, the "**Parties**");

**WHEREAS**, on October 11, 2024, the Court so-ordered a stipulation establishing a briefing schedule and page limitations for a motion to dismiss the Complaint (Dkt. No. 13);

**WHEREAS**, on November 14, 2024, Defendants moved to dismiss the Complaint pursuant to the stipulated schedule (Dkt. Nos. 21-22);

**WHEREAS**, on December 5, 2024, Plaintiffs amended the Complaint (Dkt. No. 25); and

**WHEREAS**, the Parties have met and conferred and agreed upon a briefing schedule for Defendants' Motion(s) to Dismiss the Amended Complaint (the "**Motion to Dismiss**");

**NOW THEREFORE**, the Parties, through their respective undersigned counsel, hereby stipulate and agree as follows:

1. Defendants shall file their Motion to Dismiss on or before **January 17, 2025**, and such Motion to Dismiss shall not exceed **40 pages**;

2. Plaintiffs shall file any response in objection to the Motion to Dismiss on or before **March 11, 2025**, and any such response shall not exceed **40 pages**;

3. Defendants shall file a reply in support of the Motion to Dismiss on or before **April 10, 2025**, and any such reply shall not exceed **25 pages**; and

4. All rights, claims, and defenses of the Parties are fully preserved.

DATED: December 10, 2024.

| QUINN EMANUEL URQUHART & SULLIVAN, LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|---|---|
| /s/ *Benjamin I. Finestone*<br>Benjamin I. Finestone<br>Anil Makhjiani<br>Mario O. Gazzola<br>Arman Cuneo<br>51 Madison Avenue, 22nd Floor<br>New York, New York<br>Telephone: (212) 849-7000<br>benjaminfinestone@quinnemanuel.com<br>anilmakhjiani@quinnemanuel.com<br>mariogazzola@quinnemanuel.com<br>armancuneo@quinnemanuel.com<br><br>-and-<br><br>Matthew Scheck<br>300 West 6th St., Suite 200<br>Austin, TX 78701<br>Telephone: (737) 667-6102<br>matthewscheck@quinnemanuel.com<br><br>*Counsel to Blockchain Recovery Investment Consortium, LLC, Litigation Administrator and Complex Asset Recovery Manager, as Representative for the Post-Effective Date Celsius Debtors* | /s/ *Ariel N. Lavinbuk*<br>Ariel N. Lavinbuk<br>Brandon L. Arnold<br>Jane Jacobs (*pro hac vice*)<br>Kramer Levin Naftalis & Frankel LLP<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510<br>Email: alavinbuk@kramerlevin.com<br><br>/s/ *Daniel M. Eggermann*<br>Daniel M. Eggermann<br>David E. Blabey, Jr.<br>Gabriel Eisenberger (*pro hac vice*)<br>Kramer Levin Naftalis & Frankel LLP<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>Email: deggermann@kramerlevin.com<br><br>*Attorneys for Tether Limited, Tether Holdings Limited, Tether International Limited, and Tether Operations Limited* |

IT IS SO ORDERED.

Dated: _____, 2024
      New York, New York

 

                                                            _____
                                                                 MARTIN GLENN
                                            Chief United States Bankruptcy Judge