| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Daniel M. Eggermann<br>David E. Blabey, Jr.<br>Gabriel Eisenberger<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>Ariel N. Lavinbuk<br>Brandon L. Arnold<br>Jane Jacobs (*pro hac vice*)<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>Telephone: (202) 775-4500<br>Facsimile: (202) 775-4510 |

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC (POST-EFFECTIVE DATE DEBTORS),<br><br>      Plaintiffs,<br>  against<br><br>TETHER LIMITED;<br>TETHER HOLDINGS LIMITED;<br>TETHER INTERNATIONAL LIMITED; and<br>TETHER OPERATIONS LIMITED,<br><br>      Defendants. | Adv. Proc. No. 24-04018 (MG) |

**DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT**
**IN CONNECTION WITH MOTION TO DISMISS DUE JANUARY 17, 2025**

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

Defendants Tether Limited, Tether Holdings Limited, Tether International Limited, and Tether Operations Limited (collectively, "**Defendants**") respectfully file this unopposed motion (the "**Motion**") for an order authorizing Defendants to exceed the page limitation set forth in the *Joint Stipulation and Agreed Order Between Post-Effective Date Debtors and Defendants Tether Limited, Tether Holdings Limited, Tether International Limited, and Tether Operations Limited Establishing Briefing Schedule and Page Limitations* (ECF No. 27) (the "**Second Scheduling Order**") by five (5) pages, for a total of forty-five (45) pages (exclusive of the case caption, table of contents, table of authorities, signature pages, and exhibits), with respect to Defendants' forthcoming Memorandum of Law in Support of Defendants' Motion to Dismiss (the "**Motion to Dismiss**") the amended complaint (ECF No. 25) (the "**Amended Complaint**") filed by Plaintiffs Celsius Network Limited and Celsius Network LLC (together, "**Plaintiffs**"). In support of this Motion, Defendants state the following:

## RELIEF REQUESTED

1. By this unopposed Motion, Defendants seek entry of an order, substantially in the form attached hereto as **Exhibit A** (the "**Proposed Order**"), granting Defendants leave to exceed the page limit set forth in the Second Scheduling Order for their Motion to Dismiss the Amended Complaint by five (5) pages, for a total of forty-five (45) pages.

## BACKGROUND

2. On August 9, 2024, Plaintiffs filed a complaint against Defendants in the above-captioned adversary proceeding (the "**Adversary Proceeding**"). ECF No. 1.

3. On October 11, 2024, the Court so-ordered a joint stipulation, establishing a briefing schedule and setting a 40-page limitation for Defendants' motion to dismiss. ECF No. 13.

4. After Defendants filed their motion to dismiss, Plaintiffs filed the Amended Complaint, which is nine pages longer than the initial complaint. ECF No. 25.

5. Defendants' counsel contacted Plaintiffs' counsel promptly upon the filing of the Amended Complaint to discuss a revised briefing schedule that allows for full briefing of the issues by both parties. During these discussions, Defendants' counsel informed Plaintiffs' counsel that Defendants were considering seeking additional pages for their Motion to Dismiss. Defendants' counsel conveyed that, in the interest of having a certain and mutually acceptable briefing schedule in place promptly, Defendants would agree to the schedule memorialized in the Second Scheduling Order and, after further review of the Amended Complaint, follow up regarding a possible enlargement of the page limitation for their Motion to Dismiss.

6. Based on that understanding, the parties submitted a new joint scheduling stipulation, which the Court so-ordered on December 10. *Second Scheduling Order*, ¶ 1.

7. After reviewing the Amended Complaint, Defendants submit that an additional five (5) pages—for a total of forty-five (45) pages—is necessary to address the additional allegations raised by Plaintiffs in the Amended Complaint.

8. Plaintiffs' counsel has represented that Plaintiffs do not oppose the relief requested herein.

**BASIS FOR RELIEF**

9. Defendants submit that the requested relief is warranted to allow Defendants to address all issues raised by the Amended Complaint relevant to Defendants' Motion to Dismiss, given the Amended Complaint's substantial revision, complexity of the issues to be briefed, and briefing schedule in this Adversary Proceeding.

10. Defendants submit that the requested five additional pages is reasonably necessary to address the nine pages of additional allegations that Plaintiffs raised in the Amended Complaint.

11. Defendants' counsel has contacted Plaintiffs' counsel regarding this Motion, and Plaintiffs do not oppose the relief requested herein.

## CONCLUSION

12. For the reasons set forth above, Defendants respectfully request that the Court enter an order, substantially in the form of the Proposed Order attached hereto, granting the relief requested herein.

Dated: December 27, 2024  
Washington, D.C.

*/s/ Ariel Lavinbuk*  
KRAMER LEVIN NAFTALIS & FRANKEL LLP  
Ariel N. Lavinbuk  
Brandon L. Arnold  
Jane Jacobs (*pro hac vice*)  
2000 K Street NW, 4th Floor  
Washington, DC 20006  
Telephone: (202) 775-4500  
Facsimile: (202) 775-4510

*/s/ Daniel Eggermann*  
KRAMER LEVIN NAFTALIS & FRANKEL LLP  
Daniel M. Eggermann  
David E. Blabey, Jr.  
Gabriel Eisenberger  
1177 Avenue of the Americas  
New York, New York 10036  
Telephone: (212) 715-9100  
Facsimile: (212) 715-8000  
*Attorneys for Defendants*

**Certificate of Service**

I hereby certify that a copy of *Defendants' Unopposed Motion to Exceed Page Limit in Connection with Motion to Dismiss Due January 17, 2025* and the documents submitted therewith was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email addresses registered with the Court.

Dated: December 27, 2024
Washington, D.C.

/s/ *Ariel Lavinbuk*
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Ariel N. Lavinbuk
Brandon L. Arnold
Jane Jacobs (*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC  20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510
*Attorneys for Defendants*

**<u>Exhibit A</u>**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>      Debtors.<br><br>――――――――――――――――<br><br>CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC (POST-EFFECTIVE DATE DEBTORS),<br><br>      Plaintiffs,<br>  against<br><br>TETHER LIMITED;<br>TETHER HOLDINGS LIMITED;<br>TETHER INTERNATIONAL LIMITED; and<br>TETHER OPERATIONS LIMITED,<br><br>      Defendants. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered)<br><br><br>Adv. Proc. No. 24-04018 (MG) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED**
**MOTION TO EXCEED PAGE LIMIT IN CONNECTION**
**WITH MOTION TO DISMISS DUE JANUARY 17, 2025**

Upon consideration of *Defendants' Unopposed Motion to Exceed Page Limit in Connection with Motion to Dismiss Due January 17, 2025* (the "**Motion**"), filed on December 27, 2024,

**IT IS HEREBY ORDERED THAT**:

1. The Motion is **GRANTED** as set forth herein.

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2.      Defendants are authorized to exceed the forty (40) page limit set forth in the *Joint Stipulation and Agreed Order Between Post-Effective Date Debtors and Defendants Tether Limited, Tether Holdings Limited, Tether International Limited, and Tether Operations Limited Establishing Briefing Schedule and Page Limitations* (ECF No. 27) with respect to their forthcoming motion to dismiss Plaintiffs' *Amended Complaint* (ECF No. 25) by five (5) pages, for a total of up to forty-five (45) pages (exclusive of the case caption, table of contents, table of authorities, signature pages, and exhibits).

Dated: _____                    _____
                                         THE HONORABLE MARTIN GLENN
                                         CHIEF UNITED STATES BANKRUPTCY JUDGE