**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC (POST-EFFECTIVE DATE DEBTORS),<br><br>                Plaintiffs,<br>   against<br><br>TETHER LIMITED;<br>TETHER HOLDINGS LIMITED;<br>TETHER INTERNATIONAL LIMITED; and<br>TETHER OPERATIONS LIMITED,<br><br>                Defendants. | Adv. Proc. No. 24-04018 (MG) |

**ORDER GRANTING DEFENDANTS' UNOPPOSED**
**MOTION TO EXCEED PAGE LIMIT IN CONNECTION**
**WITH MOTION TO DISMISS DUE JANUARY 17, 2025**

Upon consideration of *Defendants' Unopposed Motion to Exceed Page Limit in Connection with Motion to Dismiss Due January 17, 2025* (the "**Motion**"), filed on December 27, 2024,

    **IT IS HEREBY ORDERED THAT**:

    1.    The Motion is **GRANTED** as set forth herein.

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

2. Defendants are authorized to exceed the forty (40) page limit set forth in the *Joint Stipulation and Agreed Order Between Post-Effective Date Debtors and Defendants Tether Limited, Tether Holdings Limited, Tether International Limited, and Tether Operations Limited Establishing Briefing Schedule and Page Limitations* (ECF No. 27) with respect to their forthcoming motion to dismiss Plaintiffs' *Amended Complaint* (ECF No. 25) by five (5) pages, for a total of up to forty-five (45) pages (exclusive of the case caption, table of contents, table of authorities, signature pages, and exhibits).

Dated: 12/27/2024                                                     /s/Martin Glenn
                                                                THE HONORABLE MARTIN GLENN
                                           CHIEF UNITED STATES BANKRUPTCY JUDGE