| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Daniel M. Eggermann | Ariel N. Lavinbuk |
| David E. Blabey Jr. | Brandon L. Arnold |
| Gabriel Eisenberger | Jane Jacobs (*pro hac vice*) |
| 1177 Avenue of the Americas | 2000 K Street NW, 4th Floor |
| New York, New York 10036 | Washington, DC  20006 |
| Telephone: (212) 715-9100 | Telephone: (202) 775-4500 |
| Facsimile: (212) 715-8000 | Facsimile: (202) 775-4510 |

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>       Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC (POST-EFFECTIVE DATE DEBTORS),<br><br>       Plaintiffs,<br>  against<br><br>TETHER LIMITED;<br>TETHER HOLDINGS LIMITED;<br>TETHER INTERNATIONAL LIMITED; and<br>TETHER OPERATIONS LIMITED,<br><br>       Defendants. | Adv. Proc. No. 24-04018 (MG) |

**NOTICE OF ADJOURNMENT OF**
**CASE MANAGEMENT CONFERENCE ON FEBRUARY 26, 2025**

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

**PLEASE TAKE NOTICE** that, at the request of the Court, the case management conference that was scheduled for **February 26, 2025, at 10:00 a.m. (prevailing Eastern Time)** has been adjourned.

**PLEASE TAKE FURTHER NOTICE** that the case management conference will now take place on **April 30, 2025, at 10:00 a.m. (prevailing Eastern Time) (the "Case Management Conference")**.

**PLEASE TAKE FURTHER NOTICE** that the Case Management Conference will be held only via Zoom for Government before the Honorable Martin Glenn, Chief United States Bankruptcy Judge.[1]  All parties in interest and their attorneys must attend the Case Management Conference by Zoom for Government.  Parties wishing to appear at the Case Management Conference, whether by making a "live" or "listen only" appearance before the Court, must make an electronic appearance (an "eCourtAppearance") through the Court's website at: http://www.nysb.uscourts.gov/ecourt-appearances.  Electronic appearances (eCourtAppearances) must be entered no later than **4:00 p.m., prevailing Eastern Time, on the business day before the Case Management Conference (*i.e.*, on Tuesday, April 29, 2025).**

---

[1]  The Court shall provide a Zoom link to those persons who have made an eCourtAppearance by 4:00 p.m. (prevailing Eastern Time) the business day before the hearing.  Any party appearing at, listening to, or observing the hearing must make an electronic appearance, an eCourtAppearance, by using the eCourtAppearance portal located on the Court's website, http://www.nysb.uscourts.gov/ecourt-appearances or by clicking the "eCourtAppearances" tab on Judge Glenn's page of the Court's website at, https://www.nysb.uscourts.gov/content/chief-judge-martin-glenn.  Appearances must be entered on or before 4:00 p.m. (prevailing Eastern Time) on April 29, 2025.  After the deadline to make appearances passes, the Court will send Outlook invitations to those persons who made eCourtAppearances, using the email addresses submitted with those appearances.

1

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in this adversary proceeding may be obtained by visiting the Court's website at http://www.nysb.uscourts.gov in accordance with the procedures and fees set forth therein.

Dated: February 12, 2025
      Washington, D.C.

/s/ *Ariel N. Lavinbuk*
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Ariel N. Lavinbuk
Brandon L. Arnold
Jane Jacobs (*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC 20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510

/s/ *Daniel M. Eggermann*
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Daniel M. Eggermann
David E. Blabey Jr.
Gabriel Eisenberger
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

*Attorneys for Defendants*

2

**Certificate of Service**

I hereby certify that a copy of the *Notice of Adjournment of Case Management Conference* was served electronically on the date of filing through the Court's ECF System on all ECF participants registered in this case at the email addresses registered with the Court.

Dated: February 12, 2025
     Washington, D.C.

       /s/ *Ariel N. Lavinbuk*
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Ariel N. Lavinbuk
Brandon L. Arnold
Jane Jacobs (*pro hac vice*)
2000 K Street NW, 4th Floor
Washington, DC  20006
Telephone: (202) 775-4500
Facsimile: (202) 775-4510