| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Daniel M. Eggermann | Ariel N. Lavinbuk |
| David E. Blabey, Jr. | Brandon L. Arnold |
| Gabriel Eisenberger | Jane Jacobs (*pro hac vice*) |
| 1177 Avenue of the Americas | 2000 K Street NW, 4th Floor |
| New York, New York 10036 | Washington, DC  20006 |
| Telephone: (212) 715-9100 | Telephone: (202) 775-4500 |
| Facsimile: (212) 715-8000 | Facsimile: (202) 775-4510 |

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                   Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC (POST-EFFECTIVE DATE DEBTORS),<br><br>                   Plaintiffs,<br>    against<br><br>TETHER LIMITED;<br>TETHER HOLDINGS LIMITED;<br>TETHER INTERNATIONAL LIMITED; and<br>TETHER OPERATIONS LIMITED,<br><br>                   Defendants. | Adv. Proc. No. 24-04018 (MG) |

## DECLARATION OF BRANDON L. ARNOLD

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I, Brandon L. Arnold, hereby declare:

1. I am over 18 years of age. I am an attorney admitted to practice, am a member in good standing of the New York bar, and am admitted to practice before this Court. I am a partner at the law firm Kramer, Levin, Naftalis & Frankel LLP and counsel to Defendants in this action. I submit this declaration and annexed exhibits in connection with the Defendants' Reply Memorandum of Law in Support of the Motion to Dismiss.

2. Attached as **Exhibit A** is a true and correct copy of the document produced by Plaintiffs on February 3, 2025 bearing the bates stamp CELSIUS-TETHER00001234.

3. Attached as **Exhibit B** is a true and correct copy of the document produced by Plaintiffs on February 3, 2025 bearing the bates stamps CELSIUS-TETHER00000980-CELSIUS-TETHER00000987.

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this 10th day of April, 2025

_____
Brandon L. Arnold

**Exhibit A**

**[Filed under pending motion to temporarily seal.]**

**Exhibit B**

**[Filed under pending motion to temporarily seal.]**