| | |
|---|---|
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| Daniel M. Eggermann | Ariel N. Lavinbuk |
| David E. Blabey, Jr. | Brandon L. Arnold |
| Gabriel Eisenberger | Jane Jacobs (*pro hac vice*) |
| 1177 Avenue of the Americas | 2000 K Street NW, 4th Floor |
| New York, New York 10036 | Washington, DC 20006 |
| Telephone: (212) 715-9100 | Telephone: (202) 775-4500 |
| Facsimile: (212) 715-8000 | Facsimile: (202) 775-4510 |

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC (POST-EFFECTIVE DATE DEBTORS),<br><br>      Plaintiffs,<br><br>against<br><br>TETHER LIMITED;<br>TETHER HOLDINGS LIMITED;<br>TETHER INTERNATIONAL LIMITED; and<br>TETHER OPERATIONS LIMITED,<br><br>      Defendants. | Adv. Proc. No. 24-04018 (MG) |

## DECLARATION OF BRANDON L. ARNOLD

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

I, Brandon L. Arnold, hereby declare:

1. I am over 18 years of age. I am an attorney admitted to practice, am a member in good standing of the New York bar, and am admitted to practice before this Court. I am a partner at the law firm Kramer, Levin, Naftalis & Frankel LLP and counsel to Defendants in this action. I submit this declaration and annexed exhibits in connection with the Defendants' Reply Memorandum of Law in Support of the Motion to Dismiss.

2. Attached as **Exhibit A** is a true and correct copy of the document produced by Plaintiffs on February 3, 2025 bearing the bates stamp CELSIUS-TETHER00001234.

3. Attached as **Exhibit B** is a true and correct copy of the document produced by Plaintiffs on February 3, 2025 bearing the bates stamps CELSIUS-TETHER00000980-CELSIUS-TETHER00000987.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 10th day of April, 2025

_____
Brandon L. Arnold

**Exhibit A**

24-04018-mg    Doc 42-1    Filed 04/23/25    Entered 04/23/25 17:26:08    Unredacted
Declaration of Brandon L. Arnold (unsealed version of ECF No.39-1)    Pg 3 of 13

Message

| | |
|---|---|
| From: | Alex Mashinsky [alex@celsius.network] |
| on behalf of | Alex Mashinsky <alex@celsius.network> [alex@celsius.network] |
| Sent: | 7/4/2020 6:57:39 PM |
| To: | Celsius Exco [exco@celsius.network] |
| CC: | Alex Mashinsky [alex@mashinsky.com] |
| Subject: | Tether |

I just finished a 2 hour call with Giancarlo and Silvano from Tether.

We had few new things we plan to do together:
1. They want us to service all their US clients. They will provide us with a copy instance of their order book and we will manage trading and settlement in exchange for split of the fees.  They will provide top 5 clients which include Cumberland, Jump and others.

2. They want to use Repo notes to lend US dollars, they will also lower our borrow rates to 3.5%

3. We will show them the margin borrow book we have and they will help us lend to the largest customers.

4.  Work together to promote Tether and XAUT as form of payment Worldwide.

Alex Mashinsky
CEO
Www.celsius.network
@mashinsky
www.mashinsky.com
Cell 6465524499

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION
CONFIDENTIAL

CELSIUSNETWORK_02529655

CELSIUS-TETHER00001234

**Exhibit B**

24-04018-mg    Doc 42-1    Filed 04/23/25    Entered 04/23/25 17:26:08    Unredacted
Declaration of Brandon L. Arnold (unsealed version of ECF No.39-1)    Pg 5 of 13

Message

| | |
|---|---|
| From: | Camilla Churcher [camilla.churcher@celsius.network] |
| on behalf of | Camilla Churcher <camilla.churcher@celsius.network> [camilla.churcher@celsius.network] |
| Sent: | 7/6/2020 4:18:53 PM |
| To: | Alex Mashinsky [alex@celsius.network] |
| Subject: | Re: Celsius Ring of fire. |

Yes – thanks. I will contact Silvano on points below and spend time on that relationship.
Cumberland – I do know Brian – I presume they just can't go direct so we'll facilitate?
5. I think I now understand more but let's discuss later today. I'll come over after the ETC Labs call if that works?

Plus OMG needs to slot in here as well.

Camilla



**Camilla Churcher**
**Head of Business Development** | Celsius Network

mobile: +1.646.725.7109
email: camilla@celsius.network



**From:** Alex Mashinsky <alex@celsius.network>
**Date:** Monday, July 6, 2020 at 11:48 AM
**To:** Camilla Churcher <camilla.churcher@celsius.network>, Alex Mashinsky <alex@celsius.network>
**Subject:** Fwd: Celsius Ring of fire.

you should be part of this group to help with the Bus dev parts.

Immediate transactions Bitfinex wants handled:

1. Cumberland buying XAUT from us. If you dont know Brian ask Asaf.
2. Tether will lower borrow rates for USDT so we can push it harder. Lets see what new rates are and how we leverage that.
3. Dan matuchensky - CMS Holdings - see what they need. (Silvano intro)
4. Silvano to do intro to his top 5 US customers we need to followu up with - you checking in with him once a week to see what else he needs covered.
5. Bitfinex will provide buy/sell order book to allow US clients to trade. We need to figure out the legal framework to allow us to provide these services.


---------- Forwarded message ---------
From: <chris.sanz@bitfinex.com>
Date: Tue, Jun 30, 2020 at 9:40 AM
Subject: RE: Celsius Ring of fire.
To: Paolo Ardoino <paolo@bitfinex.com>, Kimberley Gantz <kimberley.gantz@celsius.network>
Cc: Silvano Di Stefano <silvano@bitfinex.com>, Asaf Iram <asaf.iram@celsius.network>, Alex Mashinsky <alex@celsius.network>, Nuke Goldstien <nuke@celsius.network>, Jeffrey Lozier <jeffrey.lozier@bitfinex.com>

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION
CONFIDENTIAL

CELSIUSNETWORK_01674232

CELSIUS-TETHER00000980

Hi All,

Look forward to working with you on this project!

Kim, I just sent an invite to set-up the channel in Slack.

All the best,

Chris

---

**From:** Paolo Ardoino <paolo@bitfinex.com>
**Sent:** Tuesday, June 30, 2020 9:26 AM
**To:** Kimberley Gantz <kimberley.gantz@celsius.network>
**Cc:** Silvano Di Stefano <silvano@bitfinex.com>; Asaf Iram <asaf.iram@celsius.network>; Alex Mashinsky <alex@celsius.network>; Nuke Goldstien <nuke@celsius.network>; Chris Sanz <chris.sanz@bitfinex.com>; Jeffrey Lozier <jeffrey.lozier@bitfinex.com>
**Subject:** Re: Celsius Ring of fire.

Hey guys

thanks for the call

I'm adding here Chris and Jeffrey.

Chris is our expert legal that already manage several agreements with custodians, so he's the best person to lead the process on the legal terms.

Jeffrey is the tech lead of this project.

Can you guys please create a shared slack channel so that we can move the conversation there?

thanks

On Wed, 24 Jun 2020 at 16:05, Kimberley Gantz <kimberley.gantz@celsius.network> wrote:
> Great!
>
> I just moved the invite.
>
> Ty Kim

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION
CONFIDENTIAL

CELSIUSNETWORK_01674233

CELSIUS-TETHER00000981

**Kimberley Gantz**

**Chief of Staff & Event Manager** | Celsius Network

347-930-8580

Have you downloaded the Celsius app yet? Follow and tweet us @CelsiusNetwork for thoughts and conversation on the app and our newly updated website.

On Jun 24, 2020, at 11:02 AM, Paolo Ardoino <paolo@bitfinex.com> wrote:

ok for 9am est

On Wed, 24 Jun 2020 at 16:00, Silvano Di Stefano <silvano@bitfinex.com> wrote:
Tuesday the 30th at 9am for me is good.

Silvano Di Stefano
Chief Investment Officer

telegram: @Silvanji

On Wed, Jun 24, 2020 at 4:59 PM Kimberley Gantz <kimberley.gantz@celsius.network> wrote:
Hi,

Do you mean Tuesday, June 30th?

If so Alex / Asaf are available that day at:

9 am est
1 pm est
2 Pm est
3 pm est

Ty Kim

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION
CONFIDENTIAL

CELSIUSNETWORK_01674234

CELSIUS-TETHER00000982

**Kimberley Gantz**

**Chief of Staff & Event Manager** | Celsius Network

347-930-8580

Have you downloaded the Celsius app yet? Follow and tweet us @CelsiusNetwork for thoughts and conversation on the app and our newly updated website.

On Jun 24, 2020, at 10:55 AM, Paolo Ardoino <paolo@bitfinex.com> wrote:

Tuesday 5pm CEST?

On Wed, 24 Jun 2020 at 15:45, Kimberley Gantz <kimberley.gantz@celsius.network> wrote:

Unfortunately, Alex has a digital conference at that time.

Should we look at another day ?

He is free again this Friday at 2 pm est to 5 pm est.

Ty Kim

**Kimberley Gantz**

**Chief of Staff & Event Manager** | Celsius Network

347-930-8580

Have you downloaded the Celsius app yet? Follow and tweet us @CelsiusNetwork for thoughts and conversation on the app and our newly updated website.

On Jun 24, 2020, at 10:22 AM, Silvano Di Stefano <silvano@bitfinex.com> wrote:

sorry guys at 11 i have another call already scheduled and difficult to move, can we move our call at 10 am EST (4pm CEST)?

Silvano Di Stefano
Chief Investment Officer

telegram: @Silvanji

On Wed, Jun 24, 2020 at 2:31 PM Kimberley Gantz <kimberley.gantz@celsius.network> wrote:

Great.

I just sent an invite for 11 am EST this Friday.

Ty Kim

**Kimberley Gantz**

**Chief of Staff & Event Manager** | Celsius Network

347-930-8580

Have you downloaded the Celsius app yet? Follow and tweet us @CelsiusNetwork for thoughts and conversation on the app and our newly updated website.

On Jun 24, 2020, at 2:01 AM, Paolo Ardoino <paolo@bitfinex.com> wrote:

Hello guys

what about friday 5pm CEST?

On Wed, 24 Jun 2020 at 03:34, Asaf Iram <asaf.iram@celsius.network> wrote:

Hey guys,

When is a good time for you to have a call this week?

Kim can you please help us coordinate a meeting between all of us? With the time slots Silvano and Paolo will share with us?

Best,
Asaf

--

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION
CONFIDENTIAL

CELSIUSNETWORK_01674236

CELSIUS-TETHER00000984

On Sat, Jun 20, 2020, 4:26 AM Silvano Di Stefano <silvano@bitfinex.com> wrote:

Thank you Alex

let's organise a call next week

**Silvano Di Stefano**
Chief Investment Officer

telegram: @Silvanji

On Sat, Jun 20, 2020 at 3:29 AM Alex Mashinsky <alex@celsius.network> wrote:

Paolo and Silvano meet Asaf who is building our institutional platform.

We wanted to share with you our plan and see how we cooperate on it together.

Let's setup time for a call next week.

Alex Mashinsky
CEO
Www.celsius.network
@mashinsky
www.mashinsky.com
Cell 6465524499

--

**Paolo Ardoino**
CTO

Telegram: @prdn0
Keybase: https://keybase.io/prdn

Website — Announcements — LinkedIn

This e-mail and the information it contains may be confidential, legally privileged and protected by law. Access by the intended recipient only is authorized. If you are not the intended recipient, please notify the sender immediately and delete this e-mail from your system. Any review, distribution, reproduction, publication or other use of this e-mail by persons or entities other than the intended recipient is prohibited.

--

**Paolo Ardoino**
CTO

Telegram: @prdn0

Keybase: https://keybase.io/prdn

Website — Announcements — LinkedIn

This e-mail and the information it contains may be confidential, legally privileged and protected by law. Access by the intended recipient only is authorized. If you are not the intended recipient, please notify the sender immediately and delete this e-mail from your system. Any review, distribution, reproduction, publication or other use of this e-mail by persons or entities other than the intended recipient is prohibited.

--

**Paolo Ardoino**
CTO

Telegram: @prdn0

Keybase: https://keybase.io/prdn

Website — Announcements — LinkedIn

This e-mail and the information it contains may be confidential, legally privileged and protected by law. Access by the intended recipient only is authorized. If you are not the intended recipient, please notify the sender immediately and delete this e-mail from your system. Any review, distribution, reproduction, publication or other use of this e-mail by persons or entities other than the intended recipient is prohibited.

--

**Paolo Ardoino**
CTO

Telegram: @prdn0

Keybase: https://keybase.io/prdn

Website -- Announcements -- LinkedIn

This e-mail and the information it contains may be confidential, legally privileged and protected by law. Access by the intended recipient only is authorized. If you are not the intended recipient, please notify the sender immediately and delete this e-mail from your system. Any review, distribution, reproduction, publication or other use of this e-mail by persons or entities other than the intended recipient is prohibited.

--

"The future is here, you just need to leave the past behind"



**Alex Mashinsky**
**Founder & CEO** | Celsius Network

Mobile: 551-287-2124
twitter: @mashinsky

- NASDAQ interview with Celsius
- Cheddar TV interview
- Blockchain Inventor joins Celsius

FOIA CONFIDENTIAL TREATMENT REQUESTED BY CELSIUS
SUBJECT TO JANUARY 13, 2023 STIPULATION
CONFIDENTIAL

CELSIUSNETWORK_01674239

CELSIUS-TETHER00000987