**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>CELSIUS NETWORK LLC, *et al.*,[1]<br><br>                Debtors. | Chapter 11<br><br>Case No. 22-10964 (MG)<br><br>(Jointly Administered) |
| CELSIUS NETWORK LIMITED and CELSIUS NETWORK LLC (POST-EFFECTIVE DATE DEBTORS),<br><br>                Plaintiffs,<br>    against<br><br>TETHER LIMITED;<br>TETHER HOLDINGS LIMITED;<br>TETHER INTERNATIONAL LIMITED; and<br>TETHER OPERATIONS LIMITED,<br><br>                Defendants. | Adv. Proc. No. 24-04018 (MG) |

**ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR <u>EXTENSION OF TIME TO ANSWER THE AMENDED COMPLAINT</u>**

Upon consideration of Defendants' Consent Motion for Extension of Time to Answer the Amended Complaint (the "Motion"), filed on July 2, 2025,

**IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion is **GRANTED** as provided in this Order.

2. The deadline for Defendants to file an answer to the amended complaint in this adversary proceeding is hereby extended through and including July 31, 2025.

---

[1] The Post-Effective Date Debtors in these chapter 11 cases, along with the last four digits of each Post-Effective Date Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); Celsius US Holding LLC (7956); GK8 Ltd. (1209); GK8 UK Limited (0893); and GK8 USA LLC (9450). The location of Post-Effective Date Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 50 Harrison Street, Suite 209F, Hoboken, New Jersey 07030.

- 2 -

Dated: July 7, 2025                              /s/Martin Glenn
                                          THE HONORABLE MARTIN GLENN
                                          CHIEF UNITED STATES BANKRUPTCY JUDGE